IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Reverend Franklin C. Reaves, Ph.D., | ) | C.A. No.: 4:10-125-TLW-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sherry R. Rhodes, individually and in her official capacity as Clerk of Court for Marion County; Mark Richardson, individually and in his official capacity as Sheriff of Marion County; Levon Nichols, individually and in his official capacity as Deputy Sheriff of Marion County; Willie Dean White, individually; City of Mullins; Pam Lee, individually and in her official capacity as Mayor; Terry B. Strickland, individually and in his official capacity; Terry Davis, individually and in her official capacity; Wayne Collins, individually and in his official capacity; Jo A. Sanders, individually and in her official capacity; Patricia A. Phillips, individually and in her individual capacity; Carolyn Wilson, individually and in her official capacity; City of Mullins Police Department; Kenny Davis, individually and in his official capacity as Chief of Mullins Police Department; South Carolina Department of Social Services, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge Rogers recommends that the Marion[1] Defendants' Motion for Attorney's Fees (Document # 123) be granted and Levon Nichols, Sherry R. Rhodes, Mark

---

[1] The Marion Defendants collectively refers to Levon Nichols, Sherry R. Rhodes, Mark Richardson, and the South Carolina Department of Social Services.

1

Richardson, and South Carolina Department of Social Services be awarded fees and costs in the amount of $14,933.80 and that the Mullins[2] Defendants' Motion for Attorney's Fees (Document # 124) be granted and Wayne Collins, Kenny Davis, Terry Davis, Pam Lee, City of Mullins Police Department, City of Mullins, Patricia A. Phillips, Jo A. Sanders, Terry B. Strickland, and Carolyn Wilson be awarded fees and costs in the amount of $6,939.32.  The Report was filed on February 3, 2011.  To date, no objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  **THEREFORE, IT IS HEREBY ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 135), the Marion Defendants' Motion for Attorney's Fees (Document # 123) is **GRANTED** and Levon Nichols, Sherry R. Rhodes, Mark Richardson, and South Carolina Department of Social Services are awarded fees and costs in the amount of $14,933.80; and the Mullins Defendants' Motion for Attorney's Fees (Document # 124) is **GRANTED** and Wayne Collins, Kenny Davis, Terry Davis, Pam Lee, City of Mullins Police Department, City of Mullins,

---

[2] The Mullins Defendants collectively refers to Wayne Collins, Kenny Davis, Terry Davis, Pam Lee, City of Mullins Police Department, City of Mullins, Patricia A. Phillips, Jo A. Sanders, Terry B. Strickland, and Carolyn Wilson.

Patricia A. Phillips, Jo A. Sanders, Terry B. Strickland, and Carolyn Wilson are awarded fees and costs in the amount of $6,939.32.

**IT IS SO ORDERED.**

                                                                s/ Terry L. Wooten
                                                            **TERRY L. WOOTEN**
                                              **UNITED STATES DISTRICT JUDGE**

March 7, 2012
Florence, South Carolina